HARRISON O. COWING, Respondent, *v.* ABRAHAM ALTMAN, Appellant.

(Argued September 21, 1880; decided September 28, 1880.)

*A. G. Rice* for appellant.

*Sherman S. Rogers* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

In the Matter of JACOB FRIEDMAN et al., insolvent debtors.

An order of reference, to take proof as to charges made by creditors against an assignee for the benefit of creditors, is not reviewable here, as it is an order, not final, made in a special proceeding. (Code of Civil Procedure, § 190, subd. 3.)

(Argued September 21, 1880; decided September 28, 1880.)

THIS was an appeal from an order of General Term affirming a county court order appointing a referee to take proof as to certain charges made by creditors against an assignee for the benefit of creditors of Jacob Friedman and others. *Held* as above.

*M. A. Whitney* for appellants.

*Sherman S. Rogers* for respondents.

*Per Curiam* mem. for dismissal of appeal.
All concur.
Appeal dismissed.